# United States District Court

E-FILED
Wednesday, 08 February, 2006 12:57:21 PM
Clerk, U.S. District Court, ILCD

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

FILED
FEB 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ROBERT LOUIS MOORMAN** | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 06-_6405_-M |

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about February 1, 2006, in Henry County, in the Central District of Illinois, the defendant,

**ROBERT LOUIS MOORMAN**

did knowingly and intentionally possess with intent to distribute 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state that I am a Special Agent, Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes ☐ No

S/Jay Bump
Signature of Complainant
Jay Bump, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

February 8, 2006                            at        Rock Island, Illinois
_____                     _____
Date                                                  City and State

John A. Gorman
United States Magistrate Judge              S/John A. Gorman

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jay L. Bump, being duly sworn state and depose as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been continuously so employed since February of 2001. I am aware of the information set forth below based on my own observations as well as discussions I have had with other law enforcement officers.

2. The following is an affidavit in support of a criminal complaint charging Robert Louis Moorman ("Moorman") with violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), Possession With Intent to Distribute marijuana.

3. On February 1, 2006, at approximately 1:14 p.m., Trooper Clint Thulen of the Illinois State Police conducted a traffic stop of a 2005 Dodge Pickup Truck bearing Utah registration 9393Y, in the eastbound lanes of Interstate 80 in Henry County, Illinois. The traffic stop was initiated because the vehicle had a cracked windshield. The driver of the truck was Robert Louis Moorman. While speaking with Moorman, Trooper Thulen noticed that Moorman was extremely nervous. While Trooper Thulen spoke with Moorman, Trooper Floyd Blanks arrived at the scene.

4. After issuing Moorman a warning ticket for the cracked windshield and after telling Moorman he was free to go, Trooper Thulen asked Moorman if he would mind answering some questions. Moorman agreed to answer Trooper Thulen's questions. Trooper Thulen then asked Moorman if there was any marijuana in the

truck. Moorman denied having marijuana in the truck. However, he consented to Trooper Thulen's request to conduct a canine sniff around the vehicle.

5. Trooper Thulen's canine, Rocco, performed a sniff around Moorman's truck. The canine gave a positive indication for the presence of narcotics near the rear of the truck. Moorman was secured in handcuffs and the truck was searched at that time.

6. Upon searching the truck, Troopers Thulen and Blanks located approximately 32 bundles of cannabis wrapped in green cellophane. Trooper's Thulen and Blanks also located four additional bundles of marijuana in the back seat of the truck under a blanket. In all, the marijuana weighed in excess of 743 pounds. Several of the bundles were cut open and revealed a green leafy substance which field tested positive for marijuana.

S/Jay Bump

Jay L. Bump, Special Agent
Drug Enforcement Administration

Sworn to and subscribed in my presence this 8th day of February, 2006.

S/John A. Gorman

John A. Gorman
United States Magistrate Judge