UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 06-6405 |
| | ) | |
| ROBERT MOORMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
FEB 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ENTRY OF APPEARANCE

I, Steve Hanna, Attorney at Law, hereby enter my appearance as attorney of record on behalf of the Defendant, Robert Moorman.

Dated: February 8, 2006

s/Steve Hanna
Steve Hanna
Attorney for Defendant
418 16th Street
Moline, IL 61265
Phone: 309/736-9000
Fax:   309/762-0177

### PROOF OF SERVICE

I hereby certify that on February 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

/s/Steve Hanna
Attorney at Law
418 16th Street
Moline, Illinois 61265
Phone: 309/736-9000
Fax: 309/762-0177