E-FILED
Thursday, 02 March, 2006 02:58:06 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | )<br>)<br>)<br>) CASE NO. **06-40019**<br>) |
| **Robert Louis Moorman**<br>Defendant | )<br>)<br>) |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:00pm** on **Friday, April 7, 2006 in Rock Island**.

This matter is set for Jury Trial at 9:00 A.M. on **Monday, 4/24/06**

at

[ ] Peoria, Illinois

[X] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 2nd day of March, 2006.

S/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE