E-FILED
Thursday, 13 April, 2006  08:53:28 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS



| | | |
|---|---|---|
| CHAMBERS OF<br>**JOE BILLY McDADE**<br>U. S. District Judge | 127 U.S. COURTHOUSE<br>100 N.E. MONROE<br>PEORIA, ILLINOIS 61602 | (309) 671-7821<br>FAX: (309) 671-7876<br>Judge_McDade@ilcd.uscourts.gov |

April 12, 2006

Mr. Matthew J. Cannon  
Asst. U.S. Attorney  
1830 2nd Avenue  
Rock Island, IL 61201-8003  

Mr. Steven W. Hanna  
Attorney at Law  
418 16th Street  
Moline, IL 61265  

    RE:   Robert Louis Moorman  
            Docket No. 06-40019

Counsel,

    In connection with the common desire to have this defendant evaluated and given necessary medical treatment while awaiting sentence, it has come to my attention that the Bureau of Prisons would prefer that we use section 3552(b) of Title 18 U.S. Code to have a medical study done locally rather than sending the defendant to them. I have looked at section 3552(b), and it seems to be appropriate in Defendant Moorman's case. Enclosed is some suggested language that may fill the bill but please do not hesitate to craft a proposed order that Probation, etc., feels more appropriate. It was not my intention to release Defendant Moorman pending sentencing. The only object was to get his medical needs attended to since he was complaining that his medical needs were not being met.

                                       Sincerely,

                                       *JB McDade*

                                       Joe Billy McDade  
                                       United States District Judge

JBM/dc  
Enc.

Pursuant to 18 U.S.C. § 3552(b), with reference to Defendant Robert Louis Moorman who is awaiting sentence, the Court desires more information about the medical problems and treatment being received or needed.

IT IS ORDERED that an appropriate study be conducted in the local community by qualified medical consultants since it does not appear that there is any compelling reason why the study must be done by the Bureau of Prisons.