E-FILED
Thursday, 20 April, 2006  11:36:07 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 06-40019 |
| v. | ) | |
| | ) | |
| ROBERT LOUIS MOORMAN, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
APR 2 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ORDER TO TRANSFER DEFENDANT
TO BUREAU OF PRISONS MEDICAL FACILITY

The Court has considered the Defendant's oral motion for release pending sentencing, due to health concerns of the Defendant, and the Government's opposition to such motion. The Court finds at this time that the United States Marshal's Service cannot find a suitable local detention facility to care for the Defendant's health needs, which include utilization of an oxygen tank and a sleep apnea machine.

**ACCORDINGLY, IT IS ORDERED** that the Defendant be transferred to a Bureau of Prisons medical facility in order to treat the defendant's medical needs. In addition, in accordance with 18 U.S.C. §3552(b), the Court orders the Bureau of Prisons medical facility to conduct a general health study of the Defendant and to report the findings of that study to the Court. The Court also orders the United States Marshal's Service to make arrangements to transport the Defendant to and from the medical facility for hearings in the defendant's case here in the Central District of Illinois, including his sentencing scheduled for July 7, 2006 at 2:00 p.m.

ENTERED this 20th day of April, 2006

S/Joe B. McDade

JOE BILLY MCDADE
United States District Court Judge