Suzanne Rich
1593 Blackhawk Dr.
Pleasant Grove, Utah 84062
June 17, 2006

Honorable Judge McDade:

I am Suzanne Rich, Robert Moorman's daughter. I am also a character witness for my father.

My father is not a bad person, he just made a very bad choice.

My mother and father have been married for over 50 years. They have 4 children, 19 grandchildren, and 10 great-grandchildren.

My father fought for his country in the U.S. Army during the Korean War (1950-1953).

My father was a firefighter in Yellowstone National Park.

E-FILED
Friday, 23 June, 2006 08:36:11 AM
Clerk, U.S. District Court, ILCD

RECEIVED
JUN 21 2006
CHAMBERS
JUDGE McDADE

FILED
JUN 23 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

My father took care of his mother and sister during the Depression Years. His father left when he was only 2 years old and never was heard from again.

For 74 years my father's criminal record is virtually clean. He had a few driving offenses back in 1963 and 1974. He has also had only one speeding ticket in the last 5 years. All-in-all I would say that's a pretty good driving record.

I would like to say in closing, that my father has always been a part of my life, my children's lifes, and their children's lifes. I can only hope and pray that he will be here to be a part of his newest

grandchild's life as well. I also pray that my parents can spend the rest of their lifes together.

Thank You in advance for your time and attention in this delicate matter.

Sincerely,
Suzanne Rich

June 7-06

FILED
JUN 2 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Judge McDade

I am writing to let you know Bob is a good man, he took this driving job, because we couldn't make it on SS alone. All he could do was drive because of his health problems and his age.

Bob is a loving husband of 50 years this is the longest time we have been apart. Bob is very close to his 4 children, 19 grandchildren and now 10 great grandchildren and loves them very much.

Bob made a bad choice in who and what he was hauling. He said that he was hauling car parts. He never ment to hurt his family, but he did.

All of us are hoping that you will look at his past and see what kind of man he is. There isn't anybody that he would help if he could. All his life he has helped friends, neighbors and acquantance. In the used car bussiness, there was always someone in need of a car and Bob would go the extra mile to help them out, some appriciate and others took advanage, but he never stopped helping people.

I am looking forward to his release. so we can help each other in our retiring years together with our family of 3 dogs.

Pearl R. Moorman