E-FILED
Tuesday, 27 June, 2006  03:54:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 06-40019 |
| ) | |
| ROBERT MOORMAN, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE

Now comes Defendant, Robert Moorman, by his attorney, Steve Hanna, and hereby requests that the sentencing scheduled for August 7, 2006 be continued. In support, defendant states:

1. That Defendant is presently incarcerated in FCI Lexington, Kentucky.

2. That Defendant is not considered healthy enough to be transported from the medical facility due that the Bureau of Prison's medical staff has expressed its opinion that Defendant's numerous medical conditions could be exacerbated by travel.

Wherefore, Defendant's Attorney, Steve Hanna, respectfully requests that the sentencing be delayed until it is determined that it is safe for the Defendant to travel, or in the alternative, that Defendant be allowed to participate by telephone.

Dated: June 27, 2006                    s/Steve Hanna
                                        Steve Hanna
                                        Attorney for Defendant
                                        418 16th Street
                                        Moline, IL 61265
                                        Phone: 309/736-9000
                                        Fax:   309/762-0177

## PROOF OF SERVICE

I hereby certify that on June 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

/s/Steve Hanna
Attorney at Law
418 16th Street
Moline, Illinois 61265
Phone: 309/736-9000
Fax: 309/762-0177