E-FILED
Thursday, 14 December, 2006  01:37:34 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 06-40019 |
| ROBERT MOORMAN, | ) |
| Defendant. | ) |

## MOTION FOR AMENDED SENTENCE

NOW COMES Defendant, Robert Moorman, through his attorney, Steve Hanna, and hereby requests that he be released prior to the expiration of 45 days from sentencing. In support, Defendant states:

1. That the Bureau of Prison has not made an effort to transport the Defendant to Lexington, Kentucky and may not make an effort to transport prior to the expiration of the 45 days from sentencing.

2. That it is thought that Defendant will be housed in Pekin until his release.

3. That Defendant's son is on his way to Illinois and could transport his father back to Utah if Defendant were released.

4. That Defendant is not receiving the medical care he requires while

he is held in Pekin, IL.

5. That it is in the best interest of the Government, the Defendant, and the Pekin County Jail that the Defendant be released to his son, Rick Moorman as soon as possible.

Robert Moorman - Defendant

By: /s/Steve Hanna
Steve Hanna
Attorney for Defendant

Steve Hanna
Attorney at Law
418 16th Street
Moline, IL 61265
Phone: 309/797-9000
Fax:    309/736-9122