E-FILED
Friday, 15 December, 2006   04:00:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. 06-40019 |
| ROBERT MOORMAN, | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE
### FOR
### MOTION FOR AMENDED SENTENCE

I hereby certify that on December 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

/s/Steve Hanna
Steve Hanna
Attorney for Defendant

Steve Hanna
Attorney at Law
418 16th Street
Moline, Illinois 61265
Phone: 309/736-9000
Fax: 309/736-9122